# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Dannie Gibbs,        ) | |
|                      ) | |
| **Plaintiff,**       ) | |
|                      ) | |
| vs.                  ) | **Case Number:** 19-4163 |
|                      ) | |
| Deere & Company,     ) | |
|                      ) | |
|                      ) | |
| **Defendant.**       ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Dannie Gibbs's action against Defendant Deere & Company is dismissed.   Plaintiff takes nothing by the complaint, and this case is closed.

**Dated:** 3/11/22

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court