# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 14, 2022

To:  Shig Yasunaga
     UNITED STATES DISTRICT COURT
     Central District of Illinois
     Davenport, IA 52801-0000

| | |
|---|---|
| No. 22-1548 | DANNIE GIBBS, <br>                Plaintiff - Appellant <br><br> v. <br><br> DEERE & COMPANY, <br>                Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 4:19-cv-04163-SLD-JEH <br> Central District of Illinois <br> District Judge Sara Darrow ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                                  F.R.A.P. 42(b)

STATUS OF THE RECORD:                                               no record to be returned

form name: **c7_Mandate**    (form ID: **135**)