# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 14, 2022

*By the Court*:

| No. 22-1548 | DANNIE GIBBS,<br>   Plaintiff - Appellant<br><br>v.<br><br>DEERE & COMPANY,<br>   Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 4:19-cv-04163-SLD-JEH<br>Central District of Illinois<br>District Judge Sara Darrow ||

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on June 14, 2022, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**     (form ID: **137**)